EMELIE R. SEIDENSPINNER, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Seidenspinner* v. *Metropolitan Life Ins. Co.*, 93 App. Div. 607, affirmed.
(Argued February 24, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 26, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Adolph Rebadow* and *Seward A. Simons* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

NATHALIE E. BAYLIES, Respondent, *v.* VIOLET INGRAM et al., Appellants.

*Baylies* v. *Ingram*, 84 App. Div. 360, affirmed.
(Argued February 24, 1905; decided March 14, 1905.)

APPEAL from a judgment entered November 25, 1903, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term overruling demurrers to the complaint.

*F. H. Van Vechten* and *D. E. Delevan* for appellants.

*John Vimont Lyle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.